BEFORE THE SECOND DIVISION, OCTOBER 16, 1963

No. 68045.—Edwin Jay, Inc. v. United States, protest 61/21101 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of metal map measures, not plated with platinum, gold, or silver, or colored with gold lacquer, similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 17, 1963

No. 68046.—Bushnell International, Inc. v. United States, protest 63/484 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of binocular cases which are not in chief value of leather, but are manufactures of which gutta-percha is the component material of chief value, the claim of the plaintiff was sustained.

No. 68047.—John L. Westland & Son, Inc., a/c Birch Plywood Sales Co. v. United States, protest 60/16725 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the articles of merchandise consist of so-called mixed board which are manufactures in chief value of wood and not plywood, the claim of the plaintiff was sustained.